IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-CR-128 |
| | ) | |
| v. | ) | |
| | ) | |
| KOREY MARTZ, | ) | NOTICE REGARDING SCHEDULING |
| | ) | CONFLICT |
| Defendant. | ) | |

Defendant advises that the trial conflict should not be an issue as the case should be concluded in advance of the time for this sentencing.

/s/ Dean Stowers
Dean Stowers
Stowers & Nelsen PLC
650 S. Prairie View Drive, Suite 130
West Des Moines, IA 50266
Phone: (515) 224-7446
Fax: (515) 225-6215
Email: dean@stowersnelsen.com
ATTORNEY FOR DEFENDANT
Korey Martz