January 11, 2022

Dean Stowers, Attorney at Law

Stowers and Nelson

650 S. Prairie View Dr. Suite 130

West Des Moines, Iowa 50266

Dear Mr. Stowers,

I am writing to you on behalf of my grandson, Korey A. Martz. I am not sure where to start but to say I hope you take a minute to read this letter as you consider your presentation for Korey's sentencing on the 24th of this month. I do not know every detail about what has been going on with Korey, but I believe I know most of what has happened now. I understand that Korey has accepted a plea deal upon your counsel, but I have to say, I do not believe for one minute that he is guilty of the charges against him. My opinion is not coming from a "my kid can do no wrong" perspective but from knowing my grandson and some situations that are currently in process. And, of course, I have doubts about the evidence against him from what I have heard.

One of the reasons I do not believe in the charges against him is that Korey has never been interested in romantic relationships with younger women or girls. He has always preferred older women. The woman he was involved with before his last incarceration was in her mid-thirties while he was just 18 years old. I often teased him about his penchant for older women. His current wife is, I believe, seven years older than him.

I also need to tell you that I was so proud of Korey when he was released from his past incarnation. He was very determined to do well and follow all the terms of his release. He immediately found a good paying job, and a place to live. He married Nicole and was happy with his life. He is fond of his stepchildren, and they seemed to like him as well. I only got to observe them together for an extended period of time on a few occasions, but they all seemed to get along very well, and I certainly did not see any uncertainty or animosity from the children in fact, quite the contrary. Korey was very excited when he finally became a father for the first time with the birth of his daughter. It was a difficult birth, she had some problems and spent the first three or four weeks in the hospital. Korey was very involved with the baby and her care both in hospital and when she was able to go home. He was a proud daddy! When his son came along, he was worried about the finances of having another child and they did have some financial challenges. Even so, he

loves his son and just as he has always been an involved father with his daughter, he has been an involved father with his son. They need their daddy at home with them. They don't deserve to have their father taken away from them.

I have had many conversations with his wife, Nicole. She does not believe for one minute that he is guilty of what he has been charged with and has told me that there was nothing incriminating found on their phones nor on their computer. After listening to her and hearing what is going on with her older son right now, I subscribe to the same conclusions as Korey's father and Nicole as well as others. It seems possible that her son may have been the one looking at inappropriate material on his phone which then went missing! He is just a kid, and may have run across it accidently, I don't know. I do know that there is an abundance of that garbage on the internet. At any rate, his father has now taken him out of school and is apparently keeping him away from his mother. He is not allowing him to talk to her on the phone, nor see her. Taven is not even living at home with his father right now, but rather with his father's girlfriend's mother. He is not allowed to be on the computer, to text or make calls. I find this very suspicious behavior, at the very least! What is his father hiding? I also have questions about any allegations regarding Adrianna. I would want to see how she was questioned. I have seen many interviews with young children that used questionable methods in the interview process. I do not believe for one second that Korey would do anything to harm her.

I believe I know my grandson very well. We have always been close. I have always been one of his best supporters, but have also been very honest with him when he has been in the wrong. I have cried my eyes out on many occasions over all of this. I am soon turning 72 years old and worried about whether I will ever see my grandson again. But, it is not about me. It is about two babies that need their father at home, caring for them and helping to support them. It is about his wife that did not sign up for this loss and is struggling to stay afloat with her family. It is about family. Korey has always wanted a family, loves his family and is needed by his family. Sending him away for years is punishing his wife and children, they do not deserve that just as he does not deserve to be labeled and punished for something I can not and do not believe he is guilty of. Most importantly, he is no threat to society. He just wants a quiet life with his wife and children. I am begging that you take these things into consideration before the judge. Thank you.

Sincerely,

*Darla M. LaPole*

Darla M. (Morck) LaPole