To whom it may Concern

Hello my name is Nicole Martz I'm the wife of Korey Martz. I'm writing this letter in hopes it helps him. I know he had a bad past and made a lot of wrong choices in life, but who he was becoming and became isn't the same man from the past. He was all about doing good and what he was suppose to be doing. He was a very hard worker. Making sure he was doing what he needed to do to better his life and move forward to a good path in life. He wanted a family and I was happy to give him that. We got married July 10th 2019 and started towards our family. In doing so he was going to work and worked very hard. He did a lot of overtime and put away a lot of money. It was always work and home for him. He never went anywhere else and if he did we went as a family. We found out we where pregnant and he was extrimily happy and couldn't wait to be a dad! Unfortuntly we lost our baby at 5 weeks. That really messed us up emotionally losing a baby he wanted so bad. We went to the doctor had a DNC and did the next steps to trying agian. 3 months later we got pregnant agian! We where extrimily happy. The pregnancy went well but had complications at birth and our baby girl ended up in the NICU for 2 weeks. Korey was an amazing father and husband through the whole process. He went to every doctor appt. we had. He was always rubbing my belly and talking

and singing to our baby girl! I would always make sure I was comfortable during my pregancy. He was the one that noticed there was something wrong with our baby girl after she was born. I believe he is the reason she is still alive today because if it wasn't for him pointing it out she may not of ended up in the hospital. During her NICU stay Korey was beside her bed the whole time. He would always jump up and check on her if one of the machines would go off. He lost a lot of sleep in those two weeks staying up and looking over her. When he had to go back to work he would drive 45 mins. to work and come back everyday after to be with our daughter and I. After having our daughter we fell on some hard times as I wasn't working but Korey did what he had to in order to make sure his family was provided for. He worked a lot of overtime and would sale his own stuff he worked hard to get just to make sure we had had what we needed like food, personal care and things for our baby girl. I can't express enough how Korey was an amazing father and husband! I was and still very proud of him. It really saddens me he is going to miss his daughter and son growing up. The one thing he has always wanted in life was a family and now he has it and is going to miss it being sent away. I belive in my husband and I'm going to stand beside him and be here for him through all this. All the way to the end no matter what happens. I'm going to be as supportive as I can for him.

I pray and I ask that when you sentence him please think about his little family at home. His daughter who is 2 and son who is 9 months. I don't want them to grow up with out their dad. They need him in their life's. I need him. We want him to be home with us to raise them and be supportive. I ask and pray please don't send him away for a long time. I know he has done a lot of bad in his past but that isn't who he is now. He was doing good. I pray his good can out weigh the bad enough to help him. I love this man and will stay beside him to the end to the day the kids and I can have him back and bring him home to us. I want to thank you for taking the time to read my letter and I'm going to continue to pray for my husband because I belive in him and I belive that he deserves to have that family he has always wanted.

Thank you
Nicole Martz