IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. No. 4:22-cr-128 |
| | ) | |
| v. | ) | GOVERNMENT'S |
| | ) | SUPPLEMENTAL |
| KOREY AUSTIN MARTZ, | ) | SENTENCING MEMO |
| | ) | |
| Defendant. | ) | |

The government offers this supplemental sentencing memorandum to address a restitution request the government recently received.

Sentencing is scheduled for January 24, 2023. On January 18, 2023, the government filed a sentencing memorandum. (Dkt. 23.) In that memorandum, the government indicated that, although there were identified victims in this case, no restitution requests had been provided and an order of restitution was therefore not warranted. (*Id.* at 7.)

On January 23, 2023, the government realized that it had failed to notify one of the identified victims of sentencing in this matter. Upon realizing that, the government contacted the attorney for this victim and requested that any restitution request be provided. The attorney then provided the government a restitution request and various supporting documents, which the government provided to the Court and defense counsel via email.

In the restitution request, victim "Maria" from the "Best Necklace" series requests restitution in the amount of $7,500. As noted in the government's sentencing memorandum, restitution is mandatory in this case. (Dkt. 23 at 7.)

1

Additionally, Defendant agreed to pay restitution of at least $3,000 per victim. (*Id.*) The restitution request indicates that Maria claims a minimum of $124,072.05 in general losses. Maria's attorney states that Maria has received 98 prior restitution orders, of which seven defendants have made some payment. To date, Maria's counsel indicates that Maria has received a total of $5,000 in restitution payments.

The presentence report indicates that Defendant possessed one file from the "Best Necklace" series. (PSR ¶ 28.) As required by the statute and plea agreement, the government respectfully requests that the Court order Defendant to pay Maria at least $3,000 in restitution.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

By:   */s/ Ryan W. Leemkuil*
     Ryan W. Leemkuil
     Assistant United States Attorney
     United States Courthouse Annex
     110 East Court Avenue, Suite 286
     Des Moines, Iowa 50309-2053
     Tel: (515) 473-9300
     Fax: (515) 473-9292
     Email: ryan.leemkuil@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record and the United States Probation Officer by:

____ U.S. Mail _____ Fax _____ Hand Delivery

_X_ ECF/Electronic filing _____ Other means (email)

UNITED STATES ATTORNEY
By:   */s/ Ryan Leemkuil*, AUSA