≪AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Korey Austin Martz | Case Number: 4:22-cr-00128 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| James E. Gritzner | Ryan Wade Leemkuil | Dean A. Stowers |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| January 24, 2023 | Tonya Gerke | C. Murad |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/24/2023 | YES | YES | A.H. forensic interview recording (filed ECF No. 23-1 - recording maintained by Gov't) |
| 2 | | 1/24/2023 | YES | YES | T.H. forensic interview recording (filed, ECF No. 23-2 - recording maintained by Gov't) |
| 3 | | 1/24/2023 | YES | YES | A.H. forensic interview report (filed under seal, ECF No. 24-1) |
| 4 | | 1/24/2023 | YES | YES | Newton Police Department report (filed under seal, ECF No. 24-2) |
| 5 | | 1/24/2023 | YES | YES | Order of Sac County District Court (filed, ECF No. 23-3) |
| 6 | | 1/24/2023 | YES | YES | LEO reports/court records-Butler Cty Case # FECR010195 (filed under seal, ECF No. 24-3) |
| 7 | | 1/24/2023 | YES | YES | SEALED EXHIBIT (filed under seal ECF No. 31) |
| | A | 1/24/2023 | YES | YES | Ltr of Support (filed, ECF No. 32) |
| | B | 1/24/2023 | YES | YES | Ltr of Support (filed, ECF No. 32-1) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages